CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BERNARDO QUEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-469 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER ADVANCING MATTER |
| v. | |
| BERNARDO QUEVEDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Bernardo Quevedo, that the matter be added to the court's criminal calendar on March 6, 2012, at 1:30 p.m., for change of plea. The matter is presently set for Trial Confirmation Hearing on March 20, 2012. This request applies to Defendant Quevedo only.

DATED:     March 1, 2012            /S/     Michael Anderson_____
                                    MICHAEL ANDERSON
                                    Attorney for Plaintiff


                                    /S/     Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for BERNARDO QUEVEDO

10cr469.o.312012.doc          - 1 -
03/01/12

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED, that the above-entitled matter be placed on the court's criminal calendar on March 6, 2012, at 1:30 p.m. for change of plea.

This 1st day of March, 2012

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge

10cr469.o.312012.doc
03/01/12
- 2 -
PDF created with pdfFactory trial version www.pdffactory.com